**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | NO. 914 |
| | : | |
| APPOINTMENT TO THE | : | SUPREME COURT RULES DOCKET |
| PENNSYLVANIA BOARD OF LAW | : | |
| EXAMINERS | : | |

## <u>ORDER</u>

**AND NOW**, this 13th day of June, 2022, Robert L. Sachs, Jr., Esquire**,** Philadelphia, is hereby appointed as a member of the Pennsylvania Board of Law Examiners for a term expiring April 1, 2025.